Date signed March 13, 2007



_____
ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| William A. Brink | * | Case No.   07-10287-RAG |
| | * | Chapter   7 |
| | * | |
| | * | Creditor  -  DaimlerChrysler Financial |
| | * | Services Americas, LLC |
| Debtor(s). | * | Reaffirmation  - 17 |

### STATEMENT OF REVIEW

The above identified Reaffirmation Agreement has been reviewed.  It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m).  No hearing, determination, or order is required.

2

cc: Debtor(s)
    Debtor(s) Counsel  - Jan O'Connor
    Creditor - DaimlerChrysler Financial Services Americas, LLC
    Trustee - Joseph J. Bellinger

**End Of Order**

Reaff-34.4  -  2/9/07 (CK)